# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,

- vs -

GERHARD SCHUMACHER,

        Defendant.    :

Case No. 3:12-po-70

Magistrate Judge Michael R. Merz

## ORDER OF ACQUITTAL

This case came on for trial to the Court sitting without a jury on April 17, 2013. At the conclusion of the Government's evidence, the Court granted Defendant's motion judgment of acquittal Accordingly, the Defendant is found not guilty and he is discharged from responding further.

May 2, 2013.

                                                                  s/*Michael R. Merz*
                                                            United States Magistrate Judge